IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RODREKUS WATSON,

    Plaintiff,

v.

WARDEN JACOB BEASLEY et. al.,

    Defendant.

CRIMINAL ACTION NO.: 6:24cv-40

## O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED** this 17th day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA